# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| Anthony FITZGERALD and Teofilo MURILLO-Orozco, | ) ) ) ) ) ) | Case No. 8:23-mj-327(CFH) |
| Defendants. | ) | |

## CRIMINAL COMPLAINT

*FILED — U.S. DISTRICT COURT - N.D. OF N.Y. — JUN 08 2023 — AT ___ O'CLOCK — John M. Domurad, Clerk - Albany*

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of June 6, 2023 in the county of Franklin in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(I) | Conspiracy to commit alien smuggling by, knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, the defendants did conspire to transport, move and attempt to transport and move aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

TYLER S MARSHALL
Digitally signed by TYLER S MARSHALL
Date: 2023.06.08 11:05:54 -04'00'

*Complainant's signature*

Tyler Marshall Special Agent HSI

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: June 8, 2023

*Judge's signature*

City and State: Albany, New York

Hon. Christian F. Hummel, U.S. Magistrate Judge

*Printed name and title*

*United States of America v.* **Anthony FITZGERALD and Teofilo MURILLO-Orozco**

This criminal complaint is based on the following facts:

On June 5, 2023, Homeland Security Investigations (HSI) Special Agents (SA) observed a Black Ford Expedition GA- SAV1034 in the town of Malone, New York acting in a suspicious manner. SAs conducted surveillance on the vehicle, and observed the operator make numerous heat checks in an attempt to detect law enforcement.

On June 5, 2023, HSI SAs received information from a U.S. Border Patrol Agent regarding a concerned citizen report. The citizen stated that on June 4, 2023, at approximately 7:30 p.m., they observed a Black Ford with Georgia license plates on Sulfur Springs Road in Westville, New York. This vehicle matched the description of the vehicle SAs had been surveilling in Malone.

On June 6, 2023, at approximately 8:00 a.m., HSI SAs and Burke Border Patrol Agents observed a Georgia-plated, 2006 Ford Expedition making multiple trips on Sulphur Springs Road in Westville. Sulphur Springs Road parallels the US-Canadian border and is frequently used by vehicles to pick up people who have made an illegal entry into the United States from Canada. After observing the Black Ford Expedition make three trips up to the border area on Sulphur Springs Road, Agents observed the vehicle begin to depart the area by turning eastbound onto NY State Route 122. BPAs were able to observe multiple people in the back of the vehicle and conducted an immigration stop on the vehicle on ST. RT. 122 in Constable, NY. BPAs approached the vehicle and themself as a Border Patrol Agent. BPAs then questioned the occupants as to their citizenship. The driver, Anthony FITZGERALD, claimed to be a United States Citizen, and the passenger, Teofilo MURILLO-Orozco, claimed to be a citizen of Nicaragua who is pending an immigration court date. The three subjects in the rear of the vehicle, Victor ROJAS-Cesar, Simon OLIVA-Solis, and Maria ALVAREZ-Avila all claimed to be Mexican citizens with no legal right to be in the United States. All three subjects freely admitted to just crossing the border illegally from Canada.

At that time, all five subjects were arrested and transported to the Burke Border Patrol station for records checks, interviews, and processing.

At the station, records checks revealed that Anthony FITZGERALD is a United States citizen. Teofilo MURILLO-Orozco is a citizen of Nicaragua who has a pending immigration court date. The three rear seat passengers are all Mexican nationals with no legal right to be in the United States.

FITZGERALD was issued *Miranda* warnings and agreed to speak to agents without a lawyer present. Agents conducted the interview in the English language. In his interview, FITZGERALD stated that he works for Ezequiel MARTINEZ doing construction. FITZGERALD stated that his boss, Ezequiel wanted him to pick up people in New York. FITZGERALD also stated that he was going to be paid $3,000.00 USD for the trip and that all his gas, food and hotel fees would also be covered by Ezequiel. FITZGERALD stated that Ezequiel wanted the passenger MURILLO-Orozco to accompany him to translate between Ezequiel and the subjects he was picking up because he did not speak Spanish well.

FITZGERALD stated that this was his first time doing this. Agents questioned FITZGERALD on if he knew picking up people that just crossed the border illegally was a crime and FITZGERALD stated that "I mean I am not stupid." FITZGERALD stated that all the communication for the smuggling event went through MURILLO-Orozco and Ezequiel. FITZGERALD stated that Ezequiel and MURILLO-Orozco lived together in Georgia. FITZGERALD stated that once the subjects got in the vehicle, MURILLO-Orozco took all the phones from the subjects and put them in the glove box. FITZGERALD stated that he was directed to make a loop to check out the area this morning before he picked the subjects up by MURILLO-Orozco.

MURILLO-Orozco was issued *Miranda* warnings and agreed to speak to agents without a lawyer present. Agents conducted the interview in the Spanish language. In his interview, MURILLO-Orozco stated that he met the FITZGERALD through a friend and has known him for about eight days. MURILLO-Orozco stated that he was coming up to this area to pick up people on a church missionary. When agents questioned MURILLO-Orozco as to the location or name of the church he did not have any information about it. MURILLO-Orozco claimed that the people he picked up were part of his church but does not know their name.

ROJAS-Cesar was issued *Miranda* warnings and agreed to speak to agents without a lawyer present. Agents conducted the interview in the Spanish language. ROJAS-Cesar stated he was going to pay the driver or passenger $1,500.00 for the trip when he got to his destination in North Carolina.